CARDER REALTY CORPORATION, Respondent, *v.* STATE OF NEW YORK, Appellant.

(Claim No. 23994.)

Submitted June 9, 1941; decided June 19, 1941.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 803.)